**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 11, 2015**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00533-CR

---

**JOHN  EDWARD  WALLACE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 228th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1434699**

---

## M E M O R A N D U M    O P I N I O N

Appellant John Edward Wallace has signed and filed a written request to withdraw his notice of appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Donovan.

Do Not Publish – Tex.R.App.P. 47.2(b)